IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**COREY BARNETT**                                                                   **PLAINTIFF**

**v.**                                                     **CIVIL ACTION NO. 4:02cv175**

**CAPTAIN CHARLES THOMAS,**
**LIEUTENANT LARRY BROOKS,**
**CORRECTIONS OFFICER MELVIN HILSON**            **DEFENDANTS**

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated January 3, 2008, was on that date duly served via first class mail and electronic means through CM/ECF upon the plaintiff and to the attorney of record for the defendants; that more than ten days have elapsed since service of said report and recommendation; and that no objection thereto has been filed or served by said parties.  The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1. The report and recommendation of the magistrate judge dated January 3, 2008, is hereby approved adopted as the opinion of the court.

2. That this cause is dismissed with prejudice.

THIS, the 28th day of January, 2008.

                                                         **/s/ Sharion Aycock**
                                               **UNITED STATES DISTRICT COURT JUDGE**